JEFFREY R. THURRELL, Bar No. 202765
E-mail: jthurrell@laborlawyers.com
BORIS SORSHER, Bar No. 251718
E-mail: bsorsher@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile  (949) 851-0152

JS-6

Attorneys for Defendant
SOURCE INTERLINK DISTRIBUTION, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JESUS FLORES,<br><br>                    Plaintiff,<br>vs.<br><br>SOURCE INTERLINK DISTRIBUTION, LLC, a Limited Liability Corporation; and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No.: EDCV14-00188-MWF (JCx)<br><br>[Removed From State Court Case No. CIVRS1308247]<br><br>ORDER GRANTING STIPULATION TO REMAND THE ACTION TO STATE COURT<br><br>Removal Filed:   1/30/14<br>Complaint Filed: 12/04/13 |

Having considered the parties' Stipulation to Remand to State Court, and finding good cause:

//
//
//
//
//
//
//
//

1  IT IS THEREFORE ORDERED that:

2  1. The Notice of Removal to federal court is hereby withdrawn;

3  2. This action shall be remanded to the San Bernardino County
4  Superior Court-Rancho Cucamonga District ("State Court"), Case No.
5  CIVRS1308247 effective as of the date of this signed Order; and

6  3. This action shall revert to its active status in State Court prior to
7  January 30, 2014, to the extent this Court has jurisdiction to so order.

9  IT IS SO ORDERED.

11  Dated: February_24, 2014
   _____
   HON. MICHAEL W. FITZGERALD
   United States District Court Judge
   Central District of California